S.P. v M.P. (2022 NY Slip Op 05492)

S.P. v M.P.

2022 NY Slip Op 05492

Decided on September 30, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 30, 2022

PRESENT: WHALEN, P.J., SMITH, CENTRA, PERADOTTO, AND WINSLOW, JJ. (Filed Sept. 30, 2022.) 

MOTION NO. (512/22) CA 21-00160.

[*1]S.P., PLAINTIFF-APPELLANT, 
v
M.P., DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument denied.